**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

IRENE GILL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Case No.:  08-29419RG

CERTIFICATION IN SUPPORT OF DEFAULT

I, Jackie Michaels, being of full age certify that:

1.   I am an administrator for Marie-Ann Greenberg, Standing Trustee, and am familiar with the facts of this case.

2.   On 8/18/2010, the above Chapter 13 Petition was scheduled for a Confirmation/Motion Hearing before the Honorable ROSEMARY GAMBARDELLA.

3.   At that time, Judge ROSEMARY GAMBARDELLA ordered that the debtor(s) herein was to sell or refinance the property or complete a loan modification by 10/12/2010, and the proceeds were to be used to fund the Chapter 13 Plan or the case will be dismissed.

4.   In the event the debtor(s) did not sell or refinance the property or complete a loan modification by 10/12/2010, the Standing Trustee may file a certification and an Order to dismiss the instant Chapter 13 Petition.

5.   To date, the debtor has not sold or refinanced the property or completed a loan modification.

6.   This certification is being made pursuant to said Order.

7.   It is further submitted that the debtor(s), as of the date of this Certification, is delinquent a total of $399.85.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willingly false, that I am subject to punishment.

Dated:  December 02, 2010

By:  /S/  Jackie Michaels
     Jackie Michaels
     Administrator